**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND**

|  |  |
|---|---|
| NATIONAL ALLIANCE TO END HOMELESSNESS *et al.*,<br><br>     *Plaintiffs*,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT *et al.*,<br><br>     *Defendants*. | Case No. 26-cv-436-MSM-AEM |

**PLAINTIFFS' MOTION FOR STAY UNDER 5 U.S.C. § 705 AND
FOR PRELIMINARY INJUNCTION**

For the reasons provided in the attached memorandum, and as set forth more fully below, Plaintiffs hereby move for preliminary relief under 5 U.S.C. § 705 and for a preliminary injunction to block the Department of Housing and Urban Development's implementation of an unlawful notice of funding opportunity (NOFO) for FY 2026 Continuum of Care (CoC) funding. As explained in that memorandum and attached declaration, Plaintiffs respectfully request relief by August 10, 2026, to protect against the irreparable harm that will result when local continuums of care, including Plaintiffs and Plaintiff Associations' members, must announce what projects they will include in their applications to HUD. Relief by then is necessary to prevent local continuums of care from having to make devastating choices about which projects to select and which to sacrifice—at which point the unselected projects will in some instances begin taking irreversible steps to wind down. In particular, Plaintiffs request an order that:

1

(1) Stays and/or preliminarily sets aside HUD's FY 2026 Continuum of Care Competition and Youth Homeless Demonstration Program Grants NOFO (FY 2026 NOFO); and

(2) Preliminarily enjoins HUD from implementing the FY 2026 NOFO in any manner, including by enforcing any deadlines in the NOFO or accepting and processing applications under the NOFO.

Plaintiffs also intend to seek expedited production of the administrative record and an expedited briefing schedule for summary judgment. That will enable the Court to conclusively adjudicate the unlawfulness of the FY 2026 NOFO as quickly as possible and require HUD to proceed under a lawful NOFO that faithfully implements the program that Congress created— and ensure that FY 2026 awards are not significantly delayed.

July 2, 2026

Amy R. Romero
  (RI Bar No. 8262)
Kevin Love Hubbard +
  (MA Bar No. 704772)
DeLuca, Weizenbaum,
  Barry & Revens, Ltd.
199 North Main Street
Providence, RI 02903
(401) 453-1500
amy@dwbrlaw.com
kevin@dwbrlaw.com
Cooperating counsel,
  Lawyers' Committee for RI

*Counsel for All Plaintiffs*

Respectfully submitted,

/s/ Kristin Bateman
Kristin Bateman *
  (DC Bar No. 90037068)
Madeline H. Gitomer +
  (DC Bar No. 1023447)
Christine L. Coogle +
  (DC Bar No. 1738913)
Carrie Y. Flaxman +
  (DC Bar No. 458681)
Robin Thurston +
  (DC Bar No. 1531399)
Democracy Forward Foundation
P.O. Box 34553
Washington, DC 20043
(202) 448-9090
kbateman@democracyforward.org
mgitomer@democracyforward.org
ccoogle@democracyforward.org
cflaxman@democracyforward.org

Toby Merrill +^
 (MA Bar No. 601071)
Cassandra Crawford +^
 (NC Bar No. 45396)
Graham Provost +^
 (DC Bar No. 1780222)
Kayla Svihovec +^
 (DC Bar No. 1735588)
Public Rights Project
490 43rd Street, Unit #115
Oakland, CA 94609
(510) 738-6788
Toby.Merrill@publicrightsproject.org
Cassandra.Crawford@publicrightsproject.org
Graham.Provost@publicrightsproject.org
Kayla.Svihovec@publicrightsproject.org

*Counsel for Plaintiffs City of Boston, City of Cambridge, Martin Luther King, Jr. County, Metropolitan Government of Nashville and Davidson County, City of Tucson*

Tony LoPresti +
  (CA Bar No. 289269)
County Counsel
Kavita Narayan +
  (CA Bar No. 264191)
Chief Assistant County Counsel
Meredith A. Johnson +
  (CA Bar No. 291018)
Lead Deputy County Counsel
Stefanie Wilson +
  (CA Bar No. 314899)
Deputy County Counsel
Leily Arzy +
  (CA Bar No. 364187)
Litigation Fellow
70 West Hedding Street, East Wing
Ninth Floor
San José, CA 95110-1770
(408) 299-5900

rthurston@democracyforward.org

*Counsel for Plaintiffs National Alliance to End Homelessness, National Low Income Housing Coalition, Crossroads RI, and Youth Pride, Inc.*

Lynette Labinger
 (RI Bar No. 1645)
128 Dorrance Street, Box 710
Providence, RI 02903
(401) 465-9565
ll@labingerlaw.com
Cooperating counsel, ACLU Foundation
 of RI

*Counsel for Plaintiffs National Alliance to End Homelessness, National Low Income Housing Coalition, Crossroads RI, and Youth Pride, Inc.*

Antonia K. Fasanelli +
 (DC Bar No. 481856)
National Homelessness Law Center
1400 16th Street, NW, Suite 425
Washington, DC 20036
(202) 638-2535
afasanelli@homelesslaw.org

*Counsel for Plaintiffs National Alliance to End Homelessness and National Low Income Housing Coalition*

Christopher M. Sanders +
 (WA Bar No. 47518)
General Counsel to the King County Executive
Cristy J. Craig +
 (WA Bar No. 27451)
Senior Deputy Prosecuting Attorney
Office of the King County Prosecuting Attorney
401 5th Avenue, Suite 600

3

meredith.johnson@cco.sccgov.org
stefanie.wilson@cco.sccgov.org
leily.arzy@cco.sccgov.org

*Counsel for Plaintiff County of Santa Clara*

John K. Whitaker +
 (TN BPR No. 039207)
Senior Counsel
Abby Greer +
 (TN BPR No. 041470)
Assistant Metropolitan Attorney
109 Metropolitan Courthouse
P.O. Box 196300
Nashville, TN 37219
(615) 862-6341
john.whitaker@nashville.gov
abby.greer@nashville.gov

*Counsel for Plaintiff Metropolitan Government of Nashville and Davidson County*

Seattle, WA 98104
(206) 477-1163
chrsanders@kingcounty.gov
cristy.craig@kingcounty.gov

*Counsel for Plaintiff Martin Luther King, Jr. County*

\* Admitted *pro hac vice*
+ *Pro hac vice* motion forthcoming
^ Admitted in listed states but not licensed to practice law in California.

4

**CERTIFICATE OF SERVICE**

I hereby certify that on July 2, 2026, I electronically filed the within document, and it is available for viewing and downloading from the Court's CM/ECF System, and that the participants in the case that are registered CM/ECF users will be served electronically by the CM/ECF system, and that I provided the same documents by email to: Kevin Bolan (kevin.bolan@usdoj.gov), Civil Chief of the U.S. Attorney's Office for the District of Rhode Island, and counsel of record in related case No. 25-cv-636, William Jankowski (William.s.jankowski@usdoj.gov), John Bailey (john.bailey@usdoj.gov), Pardis Gheibi (pardis.gheibi@usdoj.gov), and Peter Goldstone (peter.r.goldstone@usdoj.gov).

/s/ Kristin Bateman
Kristin Bateman