**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND**

| | |
|---|---|
| NATIONAL ALLIANCE TO END HOMELESSNESS *et al.*,<br><br>     *Plaintiffs*,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT *et al.*,<br><br>     *Defendants*. | Case No. 26-cv-436-MSM-AEM |

**JOINT MOTION FOR SCHEDULING ORDER
AND TO WAIVE STATEMENTS OF UNDISPUTED FACTS**

Plaintiffs and Defendants jointly move the Court for entry of a scheduling order that will govern consolidated briefing on Plaintiffs' motion for preliminary relief and the parties' cross-motions for summary judgment, and for related relief outlined below. Plaintiffs filed this action on July 2, 2026, to challenge the Department of Housing and Urban Development's FY 2026 notice of funding opportunity (NOFO) for the Continuum of Care program. Dkt. No. 1. Plaintiffs also filed a Motion for Stay under 5 U.S.C. § 705 and for Preliminary Injunction the same day. Dkt. No. 7. Plaintiffs' motion requests preliminary relief blocking the NOFO by August 10, 2026, and also notes that Plaintiffs would seek an expedited schedule for summary judgment to conclusively resolve the lawfulness of the NOFO and minimize delays in making FY 2026 awards. *Id.*

Given Plaintiffs' need for expedited relief, and the parties' mutual interest in obtaining prompt final resolution of this matter, the parties have conferred productively since this case was filed. In the interest of conserving the Court's and the parties' resources, the parties jointly

1

propose consolidating briefing on Plaintiffs' motion for preliminary relief with briefing on partial summary judgment, and propose an expedited schedule that will make it possible for the Court to rule by August 10. The parties propose that the partial summary judgment proceedings cover all claims in the case related to the FY 2026 NOFO, but not Plaintiffs' claim related to HUD's ongoing delays in renewing FY 2025 awards (Count 12). If the separate claim relating to the FY 2025 renewal delays does not become moot, briefing on that can proceed separately at an appropriate time.

In particular, the parties respectfully request that the Court enter an order providing that:

1.  Defendants will produce the administrative record and file the certification and index by July 13, 2026.

2.  Plaintiffs will file a consolidated motion seeking partial summary judgment or, in the alternative, preliminary relief by July 17, 2026. This will supersede the motion for preliminary relief filed at Docket No. 7.

3.  Defendants will file a response to Plaintiffs' motion, and any cross-motion for partial summary judgment, by July 24, 2026.

4.  Plaintiffs will file a reply and response to any cross-motion by July 31, 2026.

5.  In light of the foregoing, the parties move to be relieved of all other pending case management and pre-trial obligations, including exchanging initial disclosures and filing a discovery plan under Rule 26(f), and that Defendants not be required to respond to the Complaint under Federal Rule of Civil Procedure 12, pending the Court's order on the cross-motions for summary judgment.

6.  Given that this case largely presents claims under the Administrative Procedure Act, the parties further move the Court to waive the requirement that the parties submit

2

Statements of Undisputed Facts and responses thereto pursuant to Local Civ. R. 56(a) in conjunction with their respective motions for summary judgment.

July 9, 2026                                               Respectfully submitted,


BRETT A. SHUMATE                                  /s/ Amy R. Romero
Assistant Attorney General                        Amy R. Romero
                                                    (RI Bar No. 8262)
DIANE KELLEHER                                    Kevin Love Hubbard *
Branch Director                                     (MA Bar No. 704772)
                                                  DeLuca, Weizenbaum,
/s/ Michael Bruns                                  Barry & Revens, Ltd.
Michael Bruns* (DC Bar 1613394)                   199 North Main Street
Trial Attorney                                    Providence, RI 02903
United States Department of Justice               (401) 453-1500
Civil Division, Federal Programs Branch           amy@dwbrlaw.com
1100 L Street, N.W.                               kevin@dwbrlaw.com
Washington, DC 20005                              Cooperating counsel,
michael.bruns@usdoj.gov                            Lawyers' Committee for RI

*Counsel for Defendants*                          *Counsel for All Plaintiffs*


*Notice of Appearance forthcoming                 Kristin Bateman *
                                                   (DC Bar No. 90037068)
                                                  Madeline H. Gitomer *
                                                   (DC Bar No. 1023447)
                                                  Christine L. Coogle *
                                                   (DC Bar No. 1738913)
                                                  Carrie Y. Flaxman *
                                                   (DC Bar No. 458681)
                                                  Robin Thurston *
                                                   (DC Bar No. 1531399)
                                                  Democracy Forward Foundation
                                                  P.O. Box 34553
                                                  Washington, DC 20043
                                                  (202) 448-9090
                                                  kbateman@democracyforward.org
                                                  mgitomer@democracyforward.org
                                                  ccoogle@democracyforward.org


3

cflaxman@democracyforward.org
rthurston@democracyforward.org

*Counsel for Plaintiffs National Alliance to End Homelessness, National Low Income Housing Coalition, Crossroads RI, and Youth Pride, Inc.*

Lynette Labinger
 (RI Bar No. 1645)
128 Dorrance Street, Box 710
Providence, RI 02903
(401) 465-9565
ll@labingerlaw.com
Cooperating counsel, ACLU Foundation
 of RI

*Counsel for Plaintiffs National Alliance to End Homelessness, National Low Income Housing Coalition, Crossroads RI, and Youth Pride, Inc.*

Antonia K. Fasanelli *
 (DC Bar No. 481856)
National Homelessness Law Center
1400 16th Street, NW, Suite 425
Washington, DC 20036
(202) 638-2535
afasanelli@homelesslaw.org

*Counsel for Plaintiffs National Alliance to End Homelessness and National Low Income Housing Coalition*

Toby Merrill *^
 (MA Bar No. 601071)
Cassandra Crawford *^
 (NC Bar No. 45396)
Graham Provost *^
 (DC Bar No. 1780222)
Kayla Svihovec *^
 (DC Bar No. 1735588)
Public Rights Project

4

490 43rd Street, Unit #115
Oakland, CA 94609
(510) 738-6788
Toby.Merrill@publicrightsproject.org
Cassandra.Crawford@publicrightsproject.org
Graham.Provost@publicrightsproject.org
Kayla.Svihovec@publicrightsproject.org

*Counsel for Plaintiffs City of Boston, City of Cambridge, Martin Luther King, Jr. County, Metropolitan Government of Nashville and Davidson County, City of Tucson*

Tony LoPresti *
  (CA Bar No. 289269)
County Counsel
Kavita Narayan *
  (CA Bar No. 264191)
Chief Assistant County Counsel
Meredith A. Johnson *
  (CA Bar No. 291018)
Lead Deputy County Counsel
Stefanie Wilson *
  (CA Bar No. 314899)
Deputy County Counsel
Leily Arzy *
  (CA Bar No. 364187)
Litigation Fellow
70 West Hedding Street, East Wing
Ninth Floor
San José, CA 95110-1770
(408) 299-5900
meredith.johnson@cco.sccgov.org
stefanie.wilson@cco.sccgov.org
leily.arzy@cco.sccgov.org

*Counsel for Plaintiff County of Santa Clara*

Christopher M. Sanders *
 (WA Bar No. 47518)

5

General Counsel to the King County
Executive
Cristy J. Craig *
 (WA Bar No. 27451)
Senior Deputy Prosecuting Attorney
Mika Rothman *
 (WA Bar No. 55870)
Deputy General Counsel
Office of the King County Prosecuting
Attorney
401 5th Avenue, Suite 600
Seattle, WA 98104
(206) 477-1163
chrsanders@kingcounty.gov
cristy.craig@kingcounty.gov
mrothman@kingcounty.gov

*Counsel for Plaintiff Martin Luther King, Jr.
County*

John K. Whitaker *
 (TN BPR No. 039207)
Senior Counsel
109 Metropolitan Courthouse
P.O. Box 196300
Nashville, TN 37219
(615) 862-6341
john.whitaker@nashville.gov

*Counsel for Plaintiff Metropolitan
Government of Nashville and Davidson
County*

* Admitted *pro hac vice*
+ *Pro hac vice* motion pending
^ Admitted in listed states but not licensed to
practice law in California.

6

**CERTIFICATE OF SERVICE**

I hereby certify that on July 9, 2026, I electronically filed the within document, and it is available for viewing and downloading from the Court's CM/ECF System, and that the participants in the case that are registered CM/ECF users will be served electronically by the CM/ECF system, and that I provided the same documents by email to: Michael Bruns (Michael.Bruns@usdoj.gov), Kevin Bolan (kevin.bolan@usdoj.gov), Civil Chief of the U.S. Attorney's Office for the District of Rhode Island, and counsel of record in related case No. 25-cv-636, William Jankowski (William.s.jankowski@usdoj.gov), John Bailey (john.bailey@usdoj.gov), Pardis Gheibi (pardis.gheibi@usdoj.gov), and Peter Goldstone (peter.r.goldstone@usdoj.gov).

/s/ Amy R. Romero
Amy R. Romero