**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | |
|---|---|
| NATIONAL ALLIANCE TO END HOMELESSNESS, *et al.*,<br><br>     *Plaintiffs*,<br><br>     v.<br><br>UNITED STATES DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT, *et al.*,<br><br>     *Defendants*. | Case No. 26-cv-00436-MSM-AEM |

**HUD's CERTIFICATION OF THE ADMINISTRATIVE RECORD**

I, James G. Bartolotto, Associate General Counsel for Litigation, Office of General Counsel at the U.S. Department of Housing and Urban Development ("HUD"), on personal knowledge and information provided to me in my official capacity, hereby certify to the best of my knowledge and belief that the attached Administrative Record is a true, correct, and complete copy of the non-privileged documents that were directly or indirectly considered in connection with the agency's decisions that are at issue in the above-captioned matter. For purposes of convenience and efficiency, the Department also provides the attached index, which lists the documents contained in the Administrative Record.

I hereby certify under the penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Executed this 13th day of July in Alexandria, Virginia.

_____
JAMES G. BARTOLOTTO