IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| NATIONAL ALLIANCE TO END HOMELESSNESS *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> UNITED STATES DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT *et al.*, <br><br> *Defendants*. | Case No. 26-cv-436-MSM-AEM <br> **EXPEDITED RELIEF REQUESTED** |

**PLAINTIFFS' MOTION FOR PARTIAL SUMMARY JUDGMENT
AND/OR PRELIMINARY RELIEF**

For the reasons provided in the attached memorandum, Plaintiffs hereby move for partial

summary judgment and/or for preliminary relief. This action challenges the Department of

Housing and Urban Development's (HUD's) unlawful notice of funding opportunity (NOFO) for

FY 2026 Continuum of Care (CoC) funding. Plaintiffs respectfully request relief blocking that

NOFO **by August 10, 2026**, to protect against the irreparable harm that will result when local

continuums of care, including Plaintiffs and Plaintiff Associations' members, must announce to

applicants what projects they will include in and exclude from their applications to HUD.[1] Relief

by then is necessary to prevent local continuums of care from having to make devastating

choices about which projects to select and which to sacrifice—at which point the unselected

projects will in some instances begin taking irreversible steps to wind down. Plaintiffs

---

[1] Because of the Plaintiffs' need for expedited relief by August 10, and the parties' mutual interest in obtaining a prompt final resolution of this matter by that time, the parties jointly moved for an expedited scheduling order with all briefing to conclude by July 31, 2026 (Dkt. No. 27), which the Court granted on July 10, 2026.

respectfully request final relief as soon as possible to conclusively resolve the challenges to the FY 2026 NOFO so that HUD can issue and proceed under a lawful NOFO that faithfully implements the program that Congress created—and ensure that FY 2026 awards are not significantly delayed.

Plaintiffs accordingly request the following relief:

**Summary Judgment.** Pursuant to Federal Rule of Civil Procedure 56, Plaintiffs move for partial summary judgment with respect to all claims in their Complaint other than Count 12 (which challenges HUD's ongoing delays in awarding FY 2025 renewal awards). Plaintiffs request that the Court:

(1) Vacate and set aside the FY 2026 Continuum of Care Competition and Youth Homelessness Demonstration Program Grants NOFO, CPD-2600-DC-0025 (FY 2026 NOFO);

(2) Declare unlawful the Challenged Provisions of the FY 2026 NOFO, as set forth in the Appendix of Challenged Provisions accompanying this Motion;

(3) Permanently enjoin Defendants HUD and Secretary Scott Turner, their agents, and all persons acting in concert or participation with them from imposing or implementing in any manner the following Challenged Provisions, including by requiring applicants to meet the criteria to be considered for an award or to receive an award, by considering those criteria in selecting awardees, or by requiring grantees to comply with such criteria or conditions upon obtaining an award: the Set-Aside, Safe Drug Use Condition, Safe Drug Use Certification, Discriminatory Disability Priority, Self-Sufficiency Criteria, Subjective "Risk Review" and "Additional Factor" Criteria, E.O. Conditions, Judicial Restriction, Local Policies Criterion, and (as applied to Tier 1 projects) the Non-Statutory Threshold Criteria;

(4) Enter an order pursuant to 5 U.S.C. § 706(1) compelling Defendants HUD and Turner to promptly inform CoC collaborative applicants of their CoCs' estimated grant amounts as required by 42 U.S.C. § 11386a(b)(2)(A);

(5) Vacate and set aside footnotes A1 and A2 that Defendant the Office of Management and Budget appended to the apportionment of funding for Homeless Assistance Grants, TAFS 086-0192 2026/2028, providing, respectively, that "[a]s permissible by law, amounts apportioned for competitive grants only shall be obligated with award agreements that include terms and conditions consistent with the directives provided in: Executive Order 14332, 'Improving Oversight of Federal Grantmaking'" and that "[a]s permissible by law, amounts apportioned,

2

but not yet obligated as of the date of this apportionment, shall be obligated consistent with the directives provided in: Executive Order 14321, 'Ending Crime and Disorder on America's Streets'" (Apportionment Footnotes);

(6) Declare the Apportionment Footnotes unlawful; and

(7) Permanently enjoin Defendants OMB and OMB Director Russell Vought, their agents, and all persons acting in concert or participation with them from reimposing the Apportionment Footnotes' restrictions on the Homeless Assistance Grants account.

**Preliminary Relief.** In addition, if the Court is unable to rule on summary judgment by August 10, 2026, Plaintiffs respectfully request preliminary relief under 5 U.S.C. § 705 and a preliminary injunction by that date. Specifically, Plaintiffs request that the Court:

(1) Stay and/or preliminarily set aside the FY 2026 NOFO pursuant to 5 U.S.C. § 705; and

(2) Preliminarily enjoin Defendants HUD and Secretary Turner, their agents, and all persons acting in concert or participation with them from implementing the FY 2026 NOFO in any manner, including by enforcing any deadlines in the NOFO or accepting and processing applications under the NOFO.

In support of this motion, Plaintiffs rely on the accompanying memorandum, declarations, excerpts of Administrative Record, the pleadings and papers on file in this action, and any argument and evidence presented at the hearing of this motion.

Pursuant to Local Rule 7(c), Plaintiffs request oral argument for this motion to the extent that the Court would deem it helpful.

July 17, 2026                                           Respectfully submitted,

Amy R. Romero                                          /s/ Kristin Bateman
  (RI Bar No. 8262)                                    Kristin Bateman *
Kevin Love Hubbard *                                     (DC Bar No. 90037068)
  (MA Bar No. 704772)                                  Madeline H. Gitomer *
DeLuca, Weizenbaum,                                      (DC Bar No. 1023447)
  Barry & Revens, Ltd.                                 Christine L. Coogle *
199 North Main Street                                    (DC Bar No. 1738913)
Providence, RI 02903

3

(401) 453-1500
amy@dwbrlaw.com
kevin@dwbrlaw.com
Cooperating counsel,
 Lawyers' Committee for RI

*Counsel for All Plaintiffs*

Toby Merrill *^
 (MA Bar No. 601071)
Cassandra Crawford *^
 (NC Bar No. 45396)
Graham Provost *^
 (DC Bar No. 1780222)
Kayla Svihovec *^
 (DC Bar No. 1735588)
Public Rights Project
490 43rd Street, Unit #115
Oakland, CA 94609
(510) 738-6788
Toby.Merrill@publicrightsproject.org
Cassandra.Crawford@publicrightsproject.org
Graham.Provost@publicrightsproject.org
Kayla.Svihovec@publicrightsproject.org

*Counsel for Plaintiffs City of Boston, City of Cambridge, Martin Luther King, Jr. County, Metropolitan Government of Nashville and Davidson County, City of Tucson*

Tony LoPresti *
  (CA Bar No. 289269)
County Counsel
Kavita Narayan *
  (CA Bar No. 264191)
Chief Assistant County Counsel
Meredith A. Johnson *
  (CA Bar No. 291018)
Lead Deputy County Counsel
Stefanie Wilson *
  (CA Bar No. 314899)
Deputy County Counsel

Carrie Y. Flaxman *
 (DC Bar No. 458681)
Robin Thurston *
 (DC Bar No. 1531399)
Democracy Forward Foundation
P.O. Box 34553
Washington, DC 20043
(202) 448-9090
kbateman@democracyforward.org
mgitomer@democracyforward.org
ccoogle@democracyforward.org
cflaxman@democracyforward.org
rthurston@democracyforward.org

*Counsel for Plaintiffs National Alliance to End Homelessness, National Low Income Housing Coalition, Crossroads RI, and Youth Pride, Inc.*

Lynette Labinger
 (RI Bar No. 1645)
128 Dorrance Street, Box 710
Providence, RI 02903
(401) 465-9565
ll@labingerlaw.com
Cooperating counsel, ACLU Foundation
 of RI

*Counsel for Plaintiffs National Alliance to End Homelessness, National Low Income Housing Coalition, Crossroads RI, and Youth Pride, Inc.*

Antonia K. Fasanelli *
 (DC Bar No. 481856)
National Homelessness Law Center
1400 16th Street, NW, Suite 425
Washington, DC 20036
(202) 638-2535
afasanelli@homelesslaw.org

4

Leily Arzy *
  (CA Bar No. 364187)
Litigation Fellow
70 West Hedding Street, East Wing
Ninth Floor
San José, CA 95110-1770
(408) 299-5900
meredith.johnson@cco.sccgov.org
stefanie.wilson@cco.sccgov.org
leily.arzy@cco.sccgov.org

*Counsel for Plaintiff County of
Santa Clara*

John K. Whitaker *
 (TN BPR No. 039207)
Senior Counsel
109 Metropolitan Courthouse
P.O. Box 196300
Nashville, TN 37219
(615) 862-6341
john.whitaker@nashville.gov

*Counsel for Plaintiff Metropolitan Government
of Nashville and Davidson County*

\* Admitted *pro hac vice*
^ Admitted in listed states but not licensed to
practice law in California.

*Counsel for Plaintiffs National Alliance to
End Homelessness and National Low Income
Housing Coalition*

Christopher M. Sanders *
 (WA Bar No. 47518)
General Counsel to the King County
 Executive
Cristy J. Craig *
 (WA Bar No. 27451)
Senior Deputy Prosecuting Attorney
Mika Rothman *
 (WA Bar No. 55870)
Deputy General Counsel
Office of the King County Prosecuting
 Attorney
401 5th Avenue, Suite 600
Seattle, WA 98104
(206) 477-1163
chrsanders@kingcounty.gov
cristy.craig@kingcounty.gov
mrothman@kingcounty.gov

*Counsel for Plaintiff Martin Luther King, Jr.
County*

**CERTIFICATE OF SERVICE**

I hereby certify that on July 17, 2026, I electronically filed the within document, and it is available for viewing and downloading from the Court's CM/ECF System, and that the participants in the case that are registered CM/ECF users will be served electronically by the CM/ECF system.

/s/ Kristin Bateman
Kristin Bateman