**Appendix of Challenged Provisions**
**FY 2026 Continuum of Care NOFO**

**Set-Aside**

- The NOFO sets aside $1.3 billion for new projects only, and provides that HUD will first award those funds to transitional housing and supportive-service-only projects and then, only if funds remain, to other types of projects. AR 5040–41, 5094 (NOFO at 35–36, 89)

**Service Requirements Criteria**

- In calculating project application scores, the NOFO awards "[u]p to 10 points for projects that indicate that they have or will incorporate supportive service participation requirements in their program design, based on individual need in accordance with 24 CFR 578.75(h)." AR 5095 (NOFO at 90).

- In calculating CoCs' scores, the NOFO awards 8 points if "100% of CoC housing projects have participation requirements" and 4 points if "50% of CoC housing projects have participation requirements." AR 5084 (NOFO at 79).

- In calculating CoCs' scores, the NOFO awards 6 points if the CoC "[d]emonstrates that for every 2 persons reporting chronic substance use in the CoC's most recent [Point-In-Time] count, there is at least 1 CoC-funded unit that requires program participant engagement in substance abuse treatment services as a condition of continued participation in the program in accordance with 24 CFR 578.75" or 3 points if there is "[a]t least 1 unit per 4 persons." AR 5083 (NOFO at 78).

- The NOFO imposes threshold requirements that involve subjective assessments about likely results of the project that HUD will evaluate through its pro-service-mandates lens:

  - To get 2 of the 6 required points to pass the threshold review applicable to new transitional housing projects, and to be able to execute a grant agreement, the applicant must explain how the project "will result in at least 20 hours per week of engagement in services, activities or employment for all participants." AR 5068–69 (NOFO at 63–64).

  - To get 1 of the 3 required points to pass the threshold review applicable to new permanent supportive housing projects, and to be able to execute a grant agreement, the applicant must show that "[t]he type of supportive services and assistance that will be offered to program participants will ensure that the participant is able to successfully obtain and retain permanent housing and in a manner that fits their needs." AR 5072 (NOFO at 67).

  - To get 2 of the 4 required points to pass the threshold review applicable to new rapid rehousing projects, and to be able to execute a grant agreement, the applicant must show that "[t]he type of supportive services and assistance that will be offered to program participants … will ensure that the participant is able to successfully obtain self-sufficiency and exit homelessness." AR 5072–73 (NOFO at 67–68).

1

**Anti-Harm Reduction Criteria**

- In calculating CoCs' scores, the NOFO awards 10 points if the CoC has a policy or statement in place "to ensure that all housing projects submitted by the CoC will not operate drug injection sites or 'safe consumption sites,' knowingly distribute drug paraphernalia on or off property under their control, knowingly permit the use or distribution of illicit drugs on property under their control, or conduct, permit, encourage, or allow any of these activities under the pretext of 'harm reduction.'" For full points, "the policy or statement must … [p]rohibit CoC-funded housing projects from operating drug injection sites or 'safe consumption sites,' knowingly distributing drug paraphernalia on or off property under their control, knowingly permitting the use or distribution of illicit drugs on property under their control, or conducting any of these activities under the pretext of 'harm reduction.'" AR 5090 (NOFO at 85).

- **Safe Drug Use Certification:** At the threshold review stage, the NOFO also disqualifies applicants that do not certify that they will not "operate[] illegal drug injection sites or 'safe consumption sites' in violation of 21 U.S.C. 856(a)(1), knowingly permit the use or distribution of illicit drugs on property under their control in violation of 21 U.S.C. 856(a)(2), or knowingly distribute drug paraphernalia in violation of 21 U.S.C. 863." It further states that "[t]his certification is not a requirement that program participants must be sober in order to receive assistance, participate in treatment in order to receive assistance, or be evicted or exited from assistance for a first-time violation of a drug-related program policy or lease requirement." AR 5065 (NOFO at 60).

- **Safe Drug Use Condition:** "Awards made under this NOFO will not be used to fund any project, service provider, or organization that operates illegal drug injection sites or 'safe consumption sites' in violation of 21 U.S.C. § 856, knowingly permit the use or distribution of illicit drugs on property under their control in violation of 21 U.S.C. 856(a)(2), or knowingly distribute drug paraphernalia in violation of 21 USC 863." It further states that "[t]his is not a requirement that program participants must be sober in order to receive assistance, participate in treatment in order to receive assistance, or be evicted or exited from assistance for a first-time violation of a drug-related program policy or lease requirement." AR 5113 (NOFO at 108).

**Law Enforcement Criteria**

- To get 1 of the 6 required points to pass threshold review, and to be able to execute a grant agreement, new supportive-services-only street outreach projects must show they have "a history of, or a plan for, partnering with first responders and law enforcement to engage people living in places not meant for human habitation to access emergency shelter, treatment programs, reunification with family, transitional housing or independent living. The applicant must cooperate and not interfere or impede with the enforcement of local laws such as public camping and public drug use laws and assist/be willing to assist first responders in their efforts to engage homeless individuals." AR 5070 (NOFO at 65).

- In calculating CoCs' scores, the NOFO awards 5 points to CoCs where "Street Outreach projects (including co-response) cooperate with first responders and law enforcement to increase positive interactions in order to increase housing and service engagement and promote use of CoC services." AR 5085 (NOFO at 80).

2

- **Local Policies Criterion:** In calculating CoCs' scores, the NOFO awards 14 points to CoCs that "[d]emonstrate, by providing evidence, that the CoC cooperates and does not interfere with or impede local efforts to advance the objectives below, and assists first responders in providing services to homeless individuals" and that "[i]dentify local laws, policies, or other practices that help or hinder the CoC's ability to advance the objectives below and provide a plan explaining how the CoC will leverage beneficial policies while overcoming the harmful effects of restrictive ones." The relevant "objectives" are (1) "[q]uickly clear tents and encampments on public property and connect individuals who are camping in public with appropriate services. In your response, describe the current status of tents and encampments in the CoC's geographic area"; (2) "[d]ecrease the public use of illicit drugs and quickly connect individuals who are using illicit drug in public with appropriate services and/or law enforcement. In your response, describe the current status of overdoses and illicit drug use in public spaces in the CoC's geographic area"; (3) "[u]tilize standards that address homeless individuals who are a danger to themselves or others (e.g., involuntary commitment)"; and (4) "[c]omprehensively share information, including location information, in accordance with the Sex Offender Registry and Notification Act (SORNA)." AR 5085–86 (NOFO at 80–81).

**Self-Sufficiency Criteria**

- The NOFO defines "self-sufficiency" as ""the ability to meet basic needs, including a place to live, without public or private assistance." AR 5011 (NOFO at 6).

- For renewal projects to pass threshold review, the NOFO states that HUD will assess the "applicant's performance in assisting program participants to achieve and maintain self-sufficiency." AR 5066 (NOFO at 61).

- The NOFO states that a "sufficient and independent basis" for rejection can be a project's "[a]bility to promote self-sufficiency and economic independence." AR 5092 (NOFO at 87).

**Subjective "Risk Review" and "Additional Factor" Criteria**

- The NOFO identifies the following as a "sufficient and independent basis" to reject projects: "[a]bility to promote self-sufficiency and economic independence," "[h]istory of illegal discrimination," "[h]istory of … facilitating illicit drug use or other illicit activities that conflict with the purposes of this NOFO," and "[p]ast performance" as reflected in potentially unverified information such as "news reports." AR 5091–92 (NOFO at 86–87).

- The NOFO states that HUD "may also consider" factors including "the overall projected impact on the … priorities in this NOFO," the "[l]ikelihood that the proposed project will result in the benefits expected," and a "[b]road range of recipients beyond recurrent recipients." AR 5092 (NOFO at 87).

**Non-Statutory Threshold Criteria**

- To earn points on threshold review, transitional housing project applicants must have "previously operated or currently operate[] transitional housing or another homelessness

project, or has a plan in place to ensure that … at least 50 percent of participants exit with employment income as reflected in HMIS or another data system used by the applicant." AR 5068 (NOFO at 63).

- To earn points on threshold review, transitional housing projects must "provide individualized services for program participants during their time in Transitional Housing that will result in at least 20 hours per week of engagement in services, activities or employment for all program participants," with certain exceptions. AR 5068–69 (NOFO at 63–64).

- To earn points on threshold review, street outreach projects must "[d]emonstrate that the applicant has a history of, or a plan for, partnering with first responders and law enforcement to engage people living in places not meant for human habitation to access emergency shelter, treatment programs, reunification with family, transitional housing or independent living. The applicant must cooperate and not interfere or impede with the enforcement of local laws such as public camping and public drug use laws and assist/be willing to assist first responders in their efforts to engage homeless individuals." AR 5070 (NOFO at 65).

- To earn points on threshold review, rapid rehousing projects must show that "provision of tenant-based rental assistance will help individuals and families achieve self-sufficiency [as defined by the NOFO] within 24 months"; that "[t]he type of supportive services and assistance that will be offered to program participants … will ensure that the participant is able to successfully obtain self-sufficiency [as defined in the NOFO] and exit homelessness"; and that "[t]he applicant has previously operated or currently operates a homelessness project where, or has a plan in place to have, … at least 50 percent of participants exit with employment income as reflected in HMIS or another data system used by the applicant, or has a plan in place to ensure this." AR 5072–73 (NOFO at 67–68).

## Discriminatory Disability Priority

- "Individuals who are likely to never be able to return to the workforce—over 62 years old, physically disabled, developmentally disabled—should be prioritized for Permanent Supportive Housing." AR 5035 (NOFO at 30).

## Bonus Limits

- The CoC Bonus allows CoCs to use up to 15 percent of their Final Pro Rata Need (FPRN) to create one or more new project applications with the following limitations:
    - (1) The CoC Bonus amount for a Split CoC that is not a New Tribal CoC will be no less than $250,000 and no more than $3,000,000;
    - (2) The CoC Bonus for a Merged CoC will be no less than $750,000 and no more than $10,000,000;
    - (3) The CoC Bonus for a CoC that is neither a Split CoC nor a Merged CoC will be no less than $500,000 and no more than $5,000,000.

4

- o (4) The CoC Bonus for a New Tribal CoC will be no less than $500,000 and no more than $5,000,000.

AR 5016–17 (NOFO at 11–12).

**E.O. Conditions**

- The NOFO states that awardees "must follow … Presidential Executive Actions affecting federal financial assistance programs":
  - o Executive Order (EO) 14332 (Improving Oversight of Federal Grantmaking)
  - o EO 14303 (Restoring Gold Standard Science)
  - o EO 14219 (Ensuring Lawful Governance and Implementing the President's "Department of Government Efficiency" Deregulatory Initiative);
  - o EO 14218 (Ending Taxpayer Subsidization of Open Borders);
  - o EO 14202 (Eradicating Anti-Christian Bias);
  - o EO 14205 (Establishment of the White House Faith Office)
  - o EO 14182 (Enforcing the Hyde Amendment);
  - o EO 14173 (Ending Illegal Discrimination and Restoring Merit-Based Opportunity);
  - o EO 14168 (Defending Women From Gender Ideology Extremism and Restoring Biological Truth to the Federal Government)
  - o EO 14151 (Ending Radical and Wasteful Government DEI Programs and Preferencing); and
  - o EO 14148 (Initial Rescissions of Harmful Executive Orders and Actions).

  AR 5111–12 (NOFO at 106–07).

- The NOFO states that awardees "must follow … Executive Order 14218, Ending Taxpayer Subsidization of Open Borders). AR 5112 (NOFO at 107).

**Judicial Restriction**

- "[I]f any part or provision of the award agreement or terms of this NOFO are enjoined or held to be void or unenforceable in any jurisdiction, they shall be ineffective as to such jurisdiction and only to the extent of such prohibition or enjoinment …." AR 5113 (NOFO at 108).