**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND**

| | |
|---|---|
| NATIONAL ALLIANCE TO END HOMELESSNESS *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> UNITED STATES DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT *et al.*, <br><br> *Defendants*. | Case No. 26-cv-436-MSM-AEM |

**DECLARATION OF ANN CHANECKA**

I, Ann Chanecka, hereby declare the following:

1. I am a resident of the State of Arizona. This declaration is based on my personal knowledge, professional experience, and review of relevant documents. I am over the age of eighteen and suffer from no legal incapacity.

2. I am the Director for the City of Tucson's ("Tucson's") Department of Housing and Community Development ("HCD"), a position I have held from May 30, 2023 to present. Prior to this position, I served as the Deputy Director of HCD and also as an Executive Management Advisor to the City Manager.

3. In my role as HCD Director, I oversee the Public Housing Authority for the region including the Housing Choice Voucher and Public Housing Programs; services for the unhoused; community development programs; affordable housing development; and more. This includes oversight of the departmental budget, personnel, and grant execution.

4. HCD is responsible for administering and advancing Tucson's goals regarding affordable housing and community well-being within the city, with a focus on low-income

individuals and marginalized populations. HCD oversees programs funded by federal, state, and local sources related to housing assistance, homelessness prevention, neighborhood revitalization, and affordable housing development. HCD also collaborates with local organizations, community stakeholders, and government agencies to foster sustainable development, enhance the quality of life, and address the socio-economic needs of Tucson's diverse communities. HCD's mission is to "transform lives through stable and affordable housing, vital services, and thriving neighborhoods." HUD Continuum of Care ("CoC") funds are a critical resource for this mission.

5.      The CoC program for the Tucson metropolitan area (the "Tucson/Pima CoC") is administered through the Tucson Pima Collaboration to End Homelessness ("TPCH"), a coalition of organizations, agencies, and individuals working to end homelessness in our community.

6.      The Point-in-Time Count ("PIT Count") is a count of sheltered and unsheltered people experiencing homelessness on a single day in January. HUD requires that CoCs conduct the PIT Count biennially but the Tucson/Pima CoC performs it annually. A PIT Count includes people experiencing homelessness who are unsheltered, as well as sheltered in emergency shelter, transitional housing, and Safe Havens on a single night.

7.      The Tucson/Pima CoC's 2026 PIT Count identified 2,130 unduplicated persons experiencing homelessness. During federal fiscal year (FY) 2025 (Oct 1, 2024 to Sept 30, 2025) 6,949 unique individuals and households completed coordinated-entry housing assessments seeking supportive housing services. During that same year, 5,974 individuals, including 1,245 children and 495 older adults, were served by the regional homelessness response system, which includes all federally funded shelter, temporary, and permanent beds dedicated to persons

experiencing homelessness within the Tucson/Pima CoC's geographic service area (which includes all of Pima County).

8.    Since 2019, Tucson has served as the Tucson/Pima CoC's "Collaborative Applicant" and one of its lead agencies for purposes of CoC funding, which includes CoC Planning and Coordination, Coordinated Entry Implementation, Youth Employment and Education, Youth Diversion, Youth Transitional Housing, Domestic Violence Rapid Rehousing, Single Adult and Family Rapid Rehousing, Safe Haven, Single Adult and Family Permanent Supportive Housing, and Street Outreach programs.

9.    As lead agency, Tucson's team works to facilitate and administer the Tucson/Pima CoC by coordinating meetings of the CoC Board and various committees, overseeing and coordinating several programs, hosting trainings, and generally acting as the convening and coordinating body for the CoC.

10.    As the Collaborative Applicant, Tucson administers the Tucson/Pima CoC funding competition on behalf of HUD and assembles and submits the Tucson/Pima CoC Community Application and Priority List to HUD. HUD selects which programs on the list to fund and at what level, and then enters into grant agreements directly with the agencies that run the funded programs.

11.    In their applications, CoCs rank their projects into two tiers. Tier 1 renewal projects that meet basic requirements are assured of funding, so long as they pass HUD's threshold review process and so long as HUD does not disqualify them based on the risk review or other additional review factors. This allows on-going projects to continue without costly and damaging disruption that could result in clients losing their housing and returning to homelessness. This continuity has allowed the Tucson/Pima CoC to use the provided funding in

the most efficient manner possible, minimizing the administrative cost of shifting priorities and programs. In contrast, the funding of Tier 2 projects is competed nationally and funding awards depend to a large degree on the CoC's overall score.

12.     Tier 1 funding has been allocated between 90% and 100% since the implementation of tier-based scoring in the FY 2013 NOFO. This longstanding approach made the Tucson/Pima CoC's permanent housing programs very stable for participants resulting in >95% positive outcomes among households served in permanent supportive housing programs.

13.     For the 2026 NOFO, Tucson must announce its ranking priority list, including Tier 1 and Tier 2 designations, on or before August 11, 2026. The CoC uses approximately 20 people on panels to review applications, including individuals with lived experience with homelessness. The Continuum must then submit its final application to HUD on or before August 26, 2026.

14.     The FY 2026 NOFO sets aside $1.3 billion for new projects only (the "Set-Aside"), and is prioritizing transitional housing and supportive services only projects for the Set-Aside. Even proven and effective existing projects are not eligible for this funding, which represents around a third of available funding, meaning that PSH renewals not ranked in Tier 1 will almost certainly not receive CoC funding for FY 2026.

15.     Because the Set-Aside is limited to new projects, if the Continuum wishes to obtain the benefit of that funding, it must recruit new participants to the CoC system. But there is a limited pool of social service agencies that can take on the application and reporting requirements; operating a CoC-funded program requires extensive training and expertise. In addition to the training and support that new programs need, the review and scoring process for a

new and not-yet-established project is more difficult and involves much more work from the CoC.

16. Tucson has received continuous CoC program funding since the program was codified in the 2009 HEARTH Act and, prior to that, through the Shelter Plus Care CoC legacy program established in 1994. Since Tucson become the CoC lead agency in 2019, TPCH has consistently competed well for funds, including being awarded new projects through CoC and DV Bonus funds, as well as Youth Homeless Demonstration Project grants, and supplemental funding to address unsheltered and rural homelessness.

17. The amount that the Tucson/Pima CoC is awarded for FY 2026 determines the amount the Continuum is eligible to apply for not only next year but also for future years. If the Continuum includes a project in its application that HUD ultimately does not fund, or if the Continuum does not have any or many successful projects funded from Tier 2, that will have long-lasting consequences for total funding eligibility for FY 2026 and thereafter.

18. Starting in FY 2013, HUD has prioritized permanent housing and, in response, the Tucson/Pima CoC has likewise prioritized rapid rehousing and permanent supportive housing projects. Today, approximately 83% of the Tucson/Pima CoC funding is used for permanent housing. Since October 2021, permanent housing has served 1,761 individuals

19. Tucson/Pima CoC members were awarded $14,550,224 in HUD FY 2024 CoC program funds, across 20 projects. The funding that was expected to expire in the first and second quarters of 2026 has been renewed for Fiscal Year 2025, and the Tucson/Pima CoC believes that the funding that is set to expire in the third and fourth quarters will be renewed for Fiscal Year 2026. The Fiscal Year 2025 renewal also includes the Supplemental funding for

unsheltered homelessness that is also expiring in 2026.  This brings total FY25 funding award to $17,334,376.

20.      Of this amount, Tucson was the direct recipient of more than $6.7 million. This includes a planning grant because of Tucson's lead agency responsibilities. In addition to acting as lead agency, HCD runs the continuum's largest permanent supportive housing project as well as coordinated entry navigation and street outreach; the remainder of Tucson's CoC funding assists with these efforts and funds subawards to other agencies. Under the terms of the 2024-2025 Notice of Funding Opportunity, Tucson's planning grant should have been $866,768. Due to what appears to be a math error by HUD, however, Tucson's award is $634,012, approximately $133,000 less than it should be. Tucson has filed an appeal with HUD and hopes this will be corrected but has not yet received a response. As of the date of this Declaration, HUD has less than a week before its 60-day deadline to respond to the appeal expires.

21.      Assuming the FY 2026 NOFO's Set-Aside goes into effect, the funding for permanent housing renewals in the Tucson/Pima CoC will be limited to 60% of funds, or $10,400,625. This means that the Tucson/Pima CoC is at risk of losing up to 26.7% of its permanent housing funding, approximately $3,795,340. The lack of funding for permanent housing and the lack of funding to meet renewal demand jeopardizes the stable housing of an estimated 615 local residents, including more than 208 children and older adults, who currently receive permanent housing assistance through the Tucson/Pima CoC. Not only are these individuals and families at risk of being abruptly returned to the streets unless HUD funds the local CoC's new project applications for transitional housing at a commensurate unit count, they will lose access to supportive services, including mental health care, substance abuse recovery

services, and case management, risking relapses, hospitalizations, and crisis and justice system involvement. That in turn increases strain on city and community resources.

22.    Individuals in PSH have long been prioritized because they are the most vulnerable: they have disabilities and chronic health conditions and need a high level of intervention. Transitional housing is not designed to support people with these types of needs, and these individuals cannot simply be transferred to transitional housing. Nor would they be eligible for transitional housing unless they suffered the trauma of eviction and becoming homeless again. As a result, when their PSH projects lose funding, they will find themselves without critically needed supports and at risk of hospitalization or worse.

23.    In alignment with longstanding HUD policies and accepted best practices for ending homelessness, HCD has developed supportive housing systems prioritizing equity, fair housing, and Housing First principles. This includes the development of the City's own Housing First program, which provides supportive housing, outreach, navigation, and case management to people experiencing homelessness.

24.    The 2026 NOFO abandons the Housing First model mandated by prior NOFOs. The NOFO makes clear that applications "must support" the NOFO's goals. HUD will rank and review the Tucson/Pima CoC on service-requirement-related criteria, including how many of the projects within the CoC mandate participating in supportive services and for showing that certain numbers of units mandate substance abuse treatment as a condition of participation. That score will impact how competitive any projects ranked in Tier 2 will be nationally. The FY 2026 NOFO will thus force Tucson/Pima CoC and projects within its continuum to decide between abandoning successful practices or else losing funding. The diversion of funding from housing to

services means that fewer individuals will receive housing. That is unfortunate because the efficacy of mandatory service participation is questionable.

25.    Because the programs in the Tucson/Pima CoC were designed using the previous HUD priorities, which had remained relatively stable for over a decade, switching to these radically different goals will require a redesign of the continuum's programing. That in turn requires time and resources to design new or altered programs to adapt to those priorities, and to adjust budgets and pursue other funding opportunities as appropriate.  City of Tucson staff, and that of other CoC member agencies, are working long hours trying to come up with ways to assist households that will lose shelter and services, but there is no way to avoid a crisis if the Tucson/Pima CoC's funding is radically reduced and shifted.

26.    The Tucson/Pima CoC provides critical coordination of emergency and long-term homelessness solutions and is the largest single source of funding for homelessness response in the region. In fiscal year 2025 (Oct 1, 2024 to Sept 30, 2025), the homeless response system in Pima County served 5,974 people in 4,351 households, including 1,245 children and 495 older adults. The loss of HUD CoC funds would hamstring efforts to reduce the number of people experiencing homelessness in the region.

27.    The displacement of and loss of services for disadvantaged individuals would also impact the effectiveness of surviving programs and create problems that would likely persist even if funding for abandoned programs is restored in a later year. CoC members and subrecipients have invested significant time and effort to develop relationships with clients. Having to sever those relationships would not only have the immediate effect of taking away safe, stable housing, but would also negatively impact future efforts to help a marginalized population, the members of which often distrust systems of care. The FY 2026 NOFO's

emphasis on required services, on policies that criminalize homelessness, and on policies that would require projects to mis-gender their participants, erode this trust as well.

28.    Lastly, the interruption of these programs would halt millions of dollars in rental assistance payments made to local landlords, causing them abrupt and unforeseeable financial hardship. Similar to the damage that defunding will cause to the relationship between CoC providers and the populations they serve, an abrupt loss of tenants will likely make local landlords less willing to work with CoC programs in the future, even if funding is later restored.

29.    There are currently 264 households enrolled in Tucson-administered CoC-funded supportive housing programs (separate from those served through non-City CoC programs). The city has no available funding to provide continued services for these households in the absence of CoC funding renewal. Interruption would result in the immediate displacement of these households, which have no alternative housing resources. Local shelters are unable to house this many additional people, meaning that many of these displaced individuals would end up on the streets without any kind of shelter. This creates life-threatening risks in Pima County: heat-related and other deaths among unsheltered persons have increased by 9% between 2022 and 2024, according to the Pima County Medical Examiner. The loss of CoC funding will cost lives when summer temperatures return.

30.    Converting projects from permanent to transitional housing is no simple matter. Transitional housing is more expensive, and less money is available for housing. And individuals who are currently stably housed in permanent housing no longer qualify for transitional housing, so they would become homeless again if their projects are not renewed. The coordinated entry system prioritizes individuals who are in the most need, so people who only recently became homeless might not be as high on the list for placement.

31.    Under the FY 2026 NOFO, HUD is slated to make awards by December 1, 2026. The FY 2025 funds begin to expire in the first quarter of 2027. The more time it takes HUD to promulgate and make announcements under a lawful NOFO, the longer projects will have to go without funding and the greater the chance that people will be turned away from housing because of funding uncertainty.

32.    Changes to the Tucson/Pima CoC's local homelessness response system would require long-term planning and extensive resources. The Continuum has to begin making decisions and taking steps now in response to the changes contemplated by the FY 2026 NOFO, to try to stabilize people who will lose their homes and to consider how to manage the large-scale and unsupported changes that HUD seeks to impose. The Tucson/Pima CoC also expects that if it has to announce rankings on August 11, some providers who are not selected in Tier 1 will recognize that they have no chance at funding and will begin preparing to shut down their programs, including stopping enrollments, terminating housing assistance for current participants, and laying off staff. Funding sources from the state have been cut off due to Arizona's tax policies and there is a local budget shortfall, so the CoC is very reliant on CoC funding.

33.    The Tucson/Pima CoC has seven employees dedicated to working on CoC administration. During a competition period, normal operations are halted and the entire team must pivot towards updating documentation, preparing the review process, and getting materials out to applicants. All other activities must be put on hold during the competition, and the process is very disruptive to normal operations. As the NOFO is released, the team works on the competition 7 days a week. Repeating this process with the frequent changes is a huge drain on resources, and part of the reason the CoC has increased its staff is because of the chaos of HUD's

actions within the past year. Unfortunately, as explained in Paragraph 20 above, it isn't clear whether Tucson will receive the amount of funding to which it is entitled for planning activities.

34.    This drain on staffing is exacerbated by the number of NOFOs issued by HUD close in time. The delay in the opening of the eSNAPS applications has already created delays in our local competition process. We are now 40 days out from submission deadline without access to project applications and the CoC application. Considering the changes that are in this year's NOFO, we anticipate changes to the project applications. This presents an extreme burden in the CoC's and project applicant's ability to prepare substantive federal applications.

35.    The FY 2026 NOFO also includes in its application scoring the presence of several Board Member types. These are different than those required in the FY25 NOFO and updating the board composition will require amendments to the governance charter in the CoC to qualify for these points. To receive these points, CoCs must additionally change their Board composition on a very tight timeline which includes bringing on new board members during a very busy time (NOFO preparation) and de-stabilizes the board through repetitive composition changes. Considering the increased focus on national competition in this award, obtaining all possible points is imperative, effectively making this a de facto requirement for successful competition.

36.    The Tucson/Pima CoC is already having to expend resources in responding to the FY 2026 NOFO and is facing impossible choices about which projects to prioritize and how to structure its Continuum priorities and practices if the NOFO is allowed to proceed.  It will be unable to include all its critical projects in Tier 1.

I declare under penalty of perjury as prescribed in 28 U.S.C. § 1746 that the foregoing is true and correct.

Executed on July __15__, 2026.

_____

Ann Chanecka
Director
Department of Housing and Community Development
City of Tucson