# UNITED STATES DISTRICT COURT OF THE DISTRICT OF RHODE ISLAND

National Alliance to End Homelessness, et al.
**Plaintiff**

)
)
)
)

**vs**

)
)

**Case Number: 1:26-cv-00436**

U.S. Dep't of Housing and Urban Development, et al.
**Defendant**

)
)
)
)

## AFFIDAVIT OF MAILING SERVICE

I, Rita L. Berzins, the undersigned, and does hereby swear and affirm that affiant is a Private Process Server and disinterested Person over the age of eighteen. Affiant is not a party in this matter and has a business address of 18403 Woodfield Road, Suite A Gaithersburg, MD 20879.

I, Rita L. Berzins, certify that on 07/02/2026, I mailed by Priority 2 Day Return Receipt Certified a copy of the within **Summons & Complaint** upon the within named **Scott Turner in his official capacity as Secretary of the United States Department of Housing and Urban Development**, in the following manner,

**(XX) MAILING SERVICE:** By placing a true copy of each document in the United States mail, in a sealed envelope by Priority Mail 2-Day with Certified Mail #9402 8362 0855 1274 9758 36 with Return Receipt . The sealed envelope was signed for on **07/06/2026** . (Exhibit A)

Addressed As Follows: **Scott Turner in his official capacity as Secretary of the United States Department of Housing and Urban Development,  451 7th St. SW, Washington, DC 20410**

I, Rita L. Berzins, certify that my statements, contained within the foregoing affidavit are true, correct and my free act and deed. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

7/6/2026
_____
Date



87691

*Rita L. Berzins*
_____
**Rita L. Berzins**
P.O. Box 18647
Washington, DC  20036
202-296-0222

Civil Action No.    1:26-cv-00436

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*  Scott Turner in his official capacity as Secretary of the United States
was received by me on *(date)*    7/2/2026                .  Department of Housing and Urban Development

☐ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*

_____ , _____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)*

_____ on *(date)* _____ ; or

I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*    **Mailed by Certified  Mail 9402 8362 0855 1274 9758 36 to  451 7th St. SW, Washington, DC 20410 on 07/02/2026. Service was signed for on 07/06/2026. (See Exhibit A)**

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date:    7/6/2026 _____

*Rita L. Berzins*
_____
*Server's signature*

Rita L. Berzins, Process Server
_____
*Printed name and title*

P.O. Box 18647, Washington, DC  20036
_____
*Server's address*

87691

Additional information regarding attempted service, etc:

Documents Served: Summons & Complaint


**UNITED STATES**
**POSTAL SERVICE ®**

July 06, 2026

Dear Simple Certified:

The following is in response to your request for proof of delivery on your item with the tracking number: **9402 8362 0855 1274 9758 36**.

| Item Details | |
|---|---|
| **Status:** | Delivered, Left with Individual |
| **Status Date / Time:** | July 06, 2026, 10:17 am |
| **Location:** | WASHINGTON, DC 20410 |
| **Postal Product:** | Priority Mail® |
| **Extra Services:** | Certified Mail™ |
| | Return Receipt Electronic |
| | Up to $100 insurance included |
| **Recipient Name:** | SCOTT TURNER, AS SECRETARY OF THE US |

| Shipment Details | |
|---|---|
| **Weight:** | |

| Recipient Signature | |
|---|---|
| **Signature of Recipient:** | [signature] Mia Henley |
| **Address of Recipient:** | HUD 20410 |

Note: Scanned image may reflect a different destination address due to Intended Recipient's delivery instructions on file.

Thank you for selecting the United States Postal Service® for your mailing needs. If you require additional assistance, please contact your local Post Office™ or a Postal representative at 1-800-222-1811.

Sincerely,
United States Postal Service®
475 L'Enfant Plaza SW
Washington, D.C. 20260-0004

Scott Turner, as Secretary of the US
Department of Housing  and Urban Deve.
451 7th Street SW
Washington , DC 20410
Reference #: 87691
Item ID: 87691

**EXHIBIT A**