# UNITED STATES DISTRICT COURT OF THE DISTRICT OF RHODE ISLAND

National Alliance to End Homelessness, et al.
**Plaintiff**

)
)
)
vs
)
)
**Case Number: 1:26-cv-00436**

U.S. Dep't of Housing and Urban Development, et al.
**Defendant**

)
)
)
)

## AFFIDAVIT OF MAILING SERVICE

I, Jane Panjehshahi, the undersigned, and does hereby swear and affirm that affiant is a Private Process Server and disinterested Person over the age of eighteen. Affiant is not a party in this matter and has a business address of 18403 Woodfield Road, Suite A Gaithersburg, MD 20879.

I, Jane Panjehshahi, certify that on 07/02/2026, I mailed by Priority 2 Day Return Receipt Certified a copy of the within **Summons & Complaint** upon the within named **Russell Vought in his official capacity as Director of United States Office of Management and Budget, Office of Management and Budget**, in the following manner,

**(XX) MAILING SERVICE:** By placing a true copy of each document in the United States mail, in a sealed envelope by Priority Mail 2-Day with Certified Mail #9402-8362-0855-1274-9758-43 with Return Receipt . The sealed envelope was signed for on **07/10/2026** . (Exhibit A)

Addressed As Follows: **Russell Vought in his official capacity as Director of United States Office of Management and Budget, Office of Management and Budget, 725 17th St NW, Washington, DC 20503**

I, Jane Panjehshahi, certify that my statements, contained within the foregoing affidavit are true, correct and my free act and deed. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

_____
7/10/24
Date



87692

_____
**Jane Panjehshahi**
P.O. Box 18647
Washington, DC  20036
202-296-0222

Civil Action No.  1:26-cv-00436

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*  Russell Vought in his official capacity as Director of United States
was received by me on *(date)*  7/2/2026                     .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*
_____ , _____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ ., who is
designated by law to accept service of process on behalf of *(name of organization)*
_____ on *(date)* _____ ; or

I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*  **Mailed by Certified Mail 9402-8362-0855-1274-9758-43 to 725 17th St NW, Washington, DC 20503 on 07/02/2026. Service was signed for on 07/10/2026. (See Exhibit A)**

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date:  7/10/2026 _____

_____
Server's signature

Jane Panjehshahi, Process Server
_____
*Printed name and title*

87692

P.O. Box 18647, Washington, DC  20036
_____
*Server's address*

Additional information regarding attempted service, etc:

Documents Served: Summons & Complaint


**UNITED STATES**
**POSTAL SERVICE** ®

July 10, 2026

Dear Simple Certified:

The following is in response to your request for proof of delivery on your item with the tracking number:
**9402 8362 0855 1274 9758 43**.

| Item Details | |
| --- | --- |
| **Status:** | Delivered, Individual Picked Up at Post Office |
| **Status Date / Time:** | July 10, 2026, 04:10 am |
| **Location:** | WASHINGTON, DC 20500 |
| **Postal Product:** | Priority Mail® |
| **Extra Services:** | Certified Mail™ |
| | Return Receipt Electronic |
| | Up to $100 insurance included |
| **Recipient Name:** | RUSSELL VOUGHT DIRE OF US OFFICE OF |

| Shipment Details |
| --- |
| **Weight:** |

| Recipient Signature |
| --- |

Signature of Recipient: X _Stephen Shannon_

Address of Recipient: _20500 White House Ex OPA_

Note: Scanned image may reflect a different destination address due to Intended Recipient's delivery instructions on file.

Thank you for selecting the United States Postal Service® for your mailing needs. If you require additional assistance, please contact your local Post Office™ or a Postal representative at 1-800-222-1811.

Sincerely,
United States Postal Service®
475 L'Enfant Plaza SW
Washington, D.C. 20260-0004

# EXHIBIT A

Russell Vought Dire of US Office of
Management And Budget
725 17th Street, NW
Washington, DC 20503
Reference #: 87692
Item ID: 87692