**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND**

|  |  |
|---|---|
| NATIONAL ALLIANCE TO END HOMELESSNESS, *et al.*, | Case No. 26-cv-436-MSM-AEM |
| *Plaintiffs*, | |
| v. | District Judge Mary S. McElroy |
| | Magistrate Judge Amy E. Moses |
| UNITED STATES DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT, *et al.*, | |
| *Defendants*. | |

## <u>NOTICE OF APPEAL</u>

PLEASE TAKE NOTICE that all Defendants hereby appeal to the United States Court of

Appeals for the First Circuit from this Court's August 7, 2026, Order on Plaintiffs' Motion for

Summary Judgment (ECF No. 34).

DATED: August 13, 2026                    Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General

AMBER RICHER
Assistant Branch Director

*/s/ Michael Bruns*
MICHAEL BRUNS
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, N.W.
Washington, DC 20005
michael.bruns@usdoj.gov

*Counsel for Defendants*

1

**<u>Certificate of Service</u>**

I hereby certify that, on August 13, 2026, I filed the foregoing document through this Court's Electronic Case Filing (ECF) system, thereby serving it upon all registered users in accordance with Federal Rule of Civil Procedure 5(b)(2)(E) and Local Rule Gen 304.

<u>*/s/ Michael Bruns*</u>

Michael Bruns

Trial Attorney