# United States Court of Appeals
## For the First Circuit

---

No. 26-1922

STATE OF WASHINGTON; STATE OF NEW YORK; STATE OF RHODE ISLAND; STATE OF ARIZONA; STATE OF CALIFORNIA; STATE OF COLORADO; STATE OF CONNECTICUT; STATE OF DELAWARE; DISTRICT OF COLUMBIA; STATE OF ILLINOIS; OFFICE OF THE GOVERNOR, ex rel. ANDY BESHEAR, in the official capacity as Governor of the Commonwealth of Kentucky; STATE OF MAINE; STATE OF MARYLAND; COMMONWEALTH OF MASSACHUSETTS; STATE OF MICHIGAN; STATE OF MINNESOTA; STATE OF NEW JERSEY; STATE OF NEW MEXICO; STATE OF OREGON; GOVERNOR JOSH SHAPIRO, in the capacity as Governor of the Commonwealth of Pennsylvania; STATE OF VERMONT; COMMONWEALTH OF VIRGINIA; STATE OF WISCONSIN,

Plaintiffs - Appellees,

v.

UNITED STATES DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT; ERIC SCOTT TURNER, in the official capacity as Secretary of the United States Department of Housing and Urban Development,

Defendants - Appellants.

---

No. 26-1923

NATIONAL ALLIANCE TO END HOMELESSNESS; NATIONAL LOW INCOME HOUSING COALITION; CROSSROADS RHODE ISLAND; YOUTH PRIDE, INC.; CITY OF BOSTON; CITY OF CAMBRIDGE; MARTIN LUTHER KING, JR. COUNTY; METROPOLITAN GOVERNMENT OF NASHVILLE AND DAVIDSON COUNTY; COUNTY OF SANTA CLARA; CITY OF TUCSON,

Plaintiffs - Appellees,

v.

UNITED STATES DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT; SCOTT TURNER, in the official capacity as Secretary of the United States Department of Housing and Urban Development; OFFICE OF MANAGEMENT AND BUDGET; RUSSELL VOUGHT, in the official capacity as Director of United States Office of Management and Budget,

Defendants - Appellants.

---

**MANDATE**

Entered: September 24, 2026

In accordance with the judgment of September 24, 2026, and pursuant to Federal Rule of Appellate Procedure 41(a), this constitutes the formal mandate of this Court.

By the Court:

Anastasia Dubrovsky, Clerk

cc:
Andrew M. Ammirati, Kristin Bateman, Juan Esteban Bedoya, Brian Jeffrey Bilford, Kevin M. Bolan, Tillman J. Breckenridge, Simon Christopher Brewer, Brian S. Carter, Christine L. Coogle, Cristy Craig, Cassandra Crawford, Hayleigh S. Crawford, Katherine B. Dirks, Michael J. Fischer, Carrie Y. Flaxman, Leonard Giarrano IV, Neil Giovanatti, Madeline H. Gitomer, Lauren Greenawalt, Sarah Clark Griffin, Faye B. Hipsman, Kevin Love Hubbard, Andrew R.W. Hughes, Sarah A. Hunger, Vanessa L. Kassab, Megan C. Keenan, Scott P. Kennedy, Nita Kumaraswami Klunder, Aliana Claire Knoepfler, Robert A. Koch, Lynette J. Labinger, Ian R. Liston, James C. Luh, Joel Marrero, Steven Travis Mayo, Toby Merrill, Jordan G. Mickman, Jarrell Mitchell, David Moskowitz, Zane Muller, Rabia Muqaddam, Michael Louis Newman, Victoria Ochoa, Michelle R. Pascucci, Daniel P. Resler, Amy Retsinas Romero, Jonathan T. Rose, Mika Rothman, Kathryn M. Sabatini, Anjana Samant, Christopher Michael Sanders, Cristina Sepe, Samuel B. Stratton, Kayla Max Svihovec, Katherine Thompson, Robin F. Thurston, Laura Crittenden Tipton, Judith N. Vale, Caroline S. Van Zile, John Whitaker, Lauren S. Zurier