**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | |
|---|---|
| NATIONAL ALLIANCE TO END HOMELESSNESS, *et al.*,<br><br>*Plaintiffs*,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT, *et al.*,<br><br>*Defendants*. | Case No. 1:26-cv-436-MSM-AEM |
| STATE OF WASHINGTON, *et al.*,<br><br>*Plaintiffs,*<br><br>v.<br><br>UNITED STATES DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT, *et al.*,<br><br>*Defendants.* | Case No. 1:26-cv-439-MSM-AEM |

## NOTICE

Defendants respectfully provide notice of their decision to waive the opportunity to file a reply in further support of their motion for summary judgment, ECF No. 46. Although the Court's Minute Order entered October 15, 2026, allowed Defendants until October 21, 2026, to file a reply to Plaintiffs' opposition, ECF No. 47, Defendants believe that the existing briefing on the cross motions for summary judgment is complete and sufficiently sets forth their arguments. Defendants therefore respectfully urge the Court to issue an expeditious decision on the parties' cross-motions.

DATED: October 16, 2026

Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General

AMBER RICHER
Assistant Branch Director

/s/ *Michael Bruns*
Michael Bruns
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, N.W.
Washington, DC 20005
michael.bruns@usdoj.gov

*Counsel for Defendants*

**Certificate of Service**

I hereby certify that, on October 16, 2026, I filed the foregoing document through this Court's Electronic Case Filing (ECF) system, thereby serving it upon all registered users in accordance with Federal Rule of Civil Procedure 5(b)(2)(E) and Local Rule Gen 304.

*/s/ Michael Bruns*

Michael Bruns

Trial Attorney