# Exhibit A

# Subject: FW: FY 2026 CONTINUUM OF CARE (COC) COMPETITION UPDATE

**McKenney, Caitlyn J** <Caitlyn.J.McKenney@hud.gov> Wed, Nov 18, 2:18 PM (23 hours ago)
to Ross, Michael R, Kurtz, Ronnie

---

**From:** SNAPS-COMPETITIONS <SNAPS-COMPETITIONS@hud.gov>
**Sent:** Wednesday, November 18, 2026 2:09 PM
**To:** SNAPS-COMPETITIONS-L@hud.gov
**Subject:** FY 2026 CONTINUUM OF CARE (COC) COMPETITION UPDATE

**FY 2026 CONTINUUM OF CARE (COC) COMPETITION UPDATE**

**Record Number of New Projects:**

On September 30, HUD received nearly **3,700** new project applications as part of the FY 2026 CoC competition. This is the largest number of new project applications in program history, compared to roughly 1,200 applications in previous years.

Including renewal project applications, HUD has carefully reviewed more than 7,800 individual applications.

HUD is encouraged by the array of new Transitional Housing and Supportive Service Only projects from across the country including from faith-based organizations, recovery housing and treatment providers, and law enforcement partners.

**Award Announcement Expected December 11:**

HUD is preparing to announce awards on **December 11**, despite significant delays due to litigation.

HUD looks forward to announcing the largest CoC award in history with a focus on reducing homelessness, addressing addiction and vagrancy, and advancing self-sufficiency

U.S. DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT

###########################################################################

We hope that you will want to continue receiving information from HUD.
We safeguard our lists and do not rent, sell, or permit the use of our lists by others, at any time, for any reason.