**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

NATIONAL ALLIANCE TO END HOMELESSNESS, *et al.*,

*Plaintiffs*,

v.

UNITED STATES DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT, *et al.*,

*Defendants*.

STATE OF WASHINGTON, *et al.*,

*Plaintiffs*,

v.

UNITED STATES DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT, *et al.*,

*Defendants*.

Case Nos. 26-cv-436-MSM-AEM
26-cv-439-MSM-AEM

District Judge Mary S. McElroy
Magistrate Judge Amy E. Moses

**DECLARATION OF CAITLYN J. McKENNEY TO COMPLIANCE REPORT**

I, Caitlyn J. McKenney, declare as follows:

1. I am the Deputy Assistant Secretary (DAS) for the Office of Special Needs (OSN) within the Office of Community Planning and Development (CPD) of the United States Department of Housing and Urban Development (HUD). I have served in this capacity since December 28, 2025. Immediately before this, I served as a Policy Advisor for CPD. I have been employed continuously at HUD since April 21, 2025.

2. In my current role, I oversee HUD programs that provide funding to state and local governments and nonprofit providers to serve individuals and families across the United States who are affected by homelessness. I do this primarily through HUD's Continuum of Care (CoC) and Emergency Solutions Grants (ESG) programs.

3. My statements in this Declaration are based on my personal knowledge or my evaluation of information provided to me in my official capacity; on reasonable inquiry; information obtained from various records, systems, databases; or program employees and information portals maintained and relied on by HUD in the regular course of business.

4. I have reviewed the Court's Memorandum and Order Granting in Part and Denying in Part Plaintiffs' Motions for Summary Judgment and Granting in Part and Denying in Part Defendants' Cross-Motions for Summary Judgment dated November 20, 2026.

5. HUD is undertaking plans to make Tier 1 awards according to the Order. Program experts are reviewing the Order to determine which NOFO provisions must be removed. Next, they will review the remaining provisions and revise them as needed to ensure coherent criteria and a transparent process. Once these parameters are determined, HUD will re-review existing applications and award Tier 1 funds. HUD will also begin the process of obligating and queuing funds according to its normal funds-control and grants-management processes. That includes notification to Congress and a three-day embargo, public announcement, and execution of grant agreements.

6. HUD is also taking steps toward awarding Tier 2 funds in compliance with the Court's Order. As mentioned above, program experts are reviewing the Order. HUD will then publish an updated NOFO. Once this new NOFO is released, HUD will provide CoCs time to re-run their local competitions and submit new applications for Tier 2 projects. While CoCs are recompeting

their projects, HUD will update its application portal to accept new applications. Once applications are submitted, HUD will evaluate them, review updated project budgets, and calculate overall CoC scores and individual Tier 2 scores based on the updated criteria.

7. Finally, HUD will not apply Apportionment Footnotes A2 and A3 in obligating Continuum of Care funds.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Executed November 25, 2026, in Seattle, Washington:

*/s/ Caitlyn J. McKenney*______________
Caitlyn J. McKenney